1  BARRY J. PORTMAN
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant MYERS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-01195 JF |
| ) | |
| Plaintiff, ) | STIPULATION TO AMEND THE |
| v. ) | MODIFICATION OF THE CONDITIONS |
| ) | OF RELEASE PERMITTING LLOYD |
| LLOYD MYERS, ) | MYERS TO TRAVEL TO LA QUINTA, |
| ) | CALIFORNIA TO ATTEND A FUNERAL |
| Defendant. ) | |
| ) | **HON. PATRICIA V. TRUMBULL** |

**STIPULATION**

The United States through its attorney of record, Assistant United States Attorney Timothy Lucey and Defendant, Lloyd Myers, through his counsel of record, Assistant Federal Public Defender Varell L. Fuller, stipulate and agree, subject to the Court's approval, that the Conditions of Release issued by U.S. Magistrate Patricia V. Trumbull on January 22, 2010, should be amended to permit the defendant Lloyd Myers to travel on Friday, June 4, 2010, by car to La Quinta, California, to attend his sister-in-law's funeral, and returning to the Northern District of California on June 6, 2010.

It is further stipulated that prior to his departure, Mr. Myers is to provide an itinerary to his United States Pretrial Services Officer.

Stipulation to Modify Conditions of Release
No. CR 09-01195-JF                             1

1  It is further stipulated that on the first business day following his return, Mr. Lloyd shall
2  contact his assigned United States Pretrial Services Officer .
3  On June 3, 2010, United States Pretrial Service Officer Anthony Granados advised our
4  office that he had no objections to the proposed stipulation and order.
5  SO STIPULATED:
6  Dated: June 3, 2010                              _____/S/_____
                                                    VARELL L. FULLER
7                                                   Assistant Federal Public Defender

9  Dated: June 3, 2010                              _____/S/_____
                                                    TIMOTHY LUCEY
10                                                  Assistant United States Attorney

Stipulation to Modify Conditions of Release
No. CR 09-01195-JF                              2