|   |   |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | VARELL L. FULLER |
|   | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
|   | San Jose, CA  95113 |
| 4 | Telephone:  (408) 291-7753 |

**IT IS SO ORDERED**
Paul S. Grewal
Judge Paul S. Grewal

5  Counsel for Defendant MYERS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|   |   |
|---|---|
| UNITED STATES OF AMERICA, | HRL |
|   | No. CR 09-01195-JF (~~PVT~~) |
| Plaintiff, |   |
|   | STIPULATION AND [~~PROPOSED~~] |
| vs. | ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| RODNEY HATFIELD, et. al., | **HON. PAUL S. GREWAL** |
| Defendant. |   |

**STIPULATION**

Defendant Lloyd Myers and the government, through their respective counsel, Assistant Federal Public Defender Varell L. Fuller, and Assistant United States Attorney Timothy J. Lucey, stipulate and agree to modify the defendant's previously set pretrial release conditions.

Mr. Myers is charged with Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1343 and 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2), and 28 U.S.C. § 2461(c) forfeiture allegations. The Hon. Patricia V. Trumbull released Mr. Myers on a $150,000 bond secured by his signature, electronic monitoring was ordered, and his travel is restricted to the Northern and Eastern Districts of California.  Mr. Myers has complied with all pretrial release conditions as ordered since his release.

1   Mr. Myers currently lives in Rio Linda, California, located in the Eastern District of
2   California. His wife recently retired and moved to 151643 10th Ave, Keaau, Hawaii, the "big
3   island," and he would like to join her there to live as well. Mr. Myers expects to lease their Rio
4   Linda home and occasionally reside in a trailer on the Rio Linda property as needed in order to
5   manage his hay business there.
6   The parties therefore request that the Court modify Mr. Myer's pretrial release conditions
7   to permit him to reside in Hawaii with his wife and discontinue electronic monitoring. Counsel
8   for Mr. Myers has consulted with Mr. Myers' Pretrial Services Officer Anthony Granados, who
9   has no objection to the proposed modification.
10  Accordingly, the parties stipulate and agree that Mr. Myer's pretrial release conditions be
11  modified to permit him to reside in the District of Hawaii and that he be allowed to travel
12  between his resident District of Hawaii and the Northern and/or Eastern Districts of California
13  with prior approval of pretrial services. The parties further agree that Mr. Myer's electronic
14  monitoring condition should be discontinued, with all other conditions to remain in effect.
15  It is so stipulated.

16
17  May 25, 2011                                   _____/S/_____
                                                    VARELL L. FULLER
                                                    Assistant Federal Public Defender
18

19
20  May 25, 2011                                   _____/S/_____
                                                    TIMOTHY J. LUCEY
                                                    Assistant United States Attorney
21
22  //
    //
23  //
    //
24  //
    //
25  //
    //
26  //

Stipulation to Modify Conditions of Release         2

1  ORDER

2  GOOD CAUSE APPEARING, pursuant to the stipulation of the parties, IT IS HEREBY
3  ORDERED that the bond conditions of release previously set in this matter are modified to
4  permit Lloyd Myers to reside in the District of Hawaii.  The defendant may travel to and from
5  the District of Hawaii to the Northern and Eastern Districts of California, with the prior approval
6  of Pretrial Services.
7  It is further ORDERED that the defendant's electronic monitoring condition is hereby
8  discontinued, and he shall report as directed by Pretrial Services.  All other conditions are to
9  remain in effect.
10  IT IS SO ORDERED.
11
12  Dated: 5/31/2011                    _____
                                        HONORABLE PAUL S. GREWAL
13                                      United States Magistrate Judge