STEVEN G. KALAR
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant MYERS

**Filed**

FEB 14 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LLOYD MYERS, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 09-01195 EJD <br><br> STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE <br><br> **HON. PAUL S. GREWAL** |

## STIPULATION

Defendant Lloyd Myers and the government, through their respective counsel, Assistant Federal Public Defender Varell L. Fuller, and Assistant United States Attorney Timothy J. Lucey, stipulate and agree, subject to the Court's approval, to modify the defendant's previously set pretrial release conditions to permit his travel to the Central District of California and the District of Arizona, as permitted by Pretrial Services.

Mr. Myers has pled guilty to one count of wire fraud in violation of 18 U.S.C. § 1349, and a sentencing hearing is presently set in this matter for July 22, 2013. Mr. Myers's bond is presently set at $150,000 secured by his signature and his travel is restricted to the Districts of

Hawaii, where he resides, and the Northern and Eastern Districts of California. Mr. Myers has complied with his pretrial release conditions as ordered since his release.

Mr. Myers's elderly mother in law resides in Arizona and his daughter lives in the Central District of California. Mr. Myers respectfully request that the Court modify his pretrial release conditions to permit him to visit his daughter and mother in law. Counsel for Mr. Myers has consulted with government counsel, and Mr. Myers's Pretrial Services Officer, Ladreena Walton, and neither object to the proposed modification.

Accordingly, the parties stipulate and agree that Mr. Myers's pretrial release conditions may be modified to permit his travel to the Central District of California and the District of Arizona, as permitted by Pretrial Services, with all other conditions to remain in effect.

It is so stipulated.

Date: February 14, 2013
/S/
VARELL L. FULLER
Assistant Federal Public Defender

Date: February 14, 2013
/S/
TIMOTHY J. LUCEY
Assistant United States Attorney

//
//

[proposed] ORDER

GOOD CAUSE APPEARING, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the conditions of release previously set in this matter are modified to permit Lloyd Myers to travel to the Central District of California and the District of Arizona, as permitted by Pretrial Services. All other conditions are to remain in effect.

IT IS SO ORDERED.

Dated: 2-14-13

Paul S. Grewal
HONORABLE PAUL S. GREWAL
United States Magistrate Judge

Stipulation to Modify Release Conditions    2