FILED

OCT 22 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

LLOYD MYERS,

Defendant.

NO. CR 09-01195-2 EJD

**SEALING ORDER PURSUANT TO GENERAL ORDER 54**

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

__X__ Presentence Report

____ Plea Agreement

__X__ Statement of Reasons

____ _____
(Other)

Dated: 10/22/13

EDWARD J. DAVILA
United States District Judge